UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | | |
|---|---|---|
| JAMES TARPEY and SUZANNE TARPEY, | ) ) ) | Case 2:17-cv-00094-BMM |
| Plaintiffs and counter-defendants, | ) ) | **ORDER GRANTING UNOPPOSED MOTION TO** |
| v. | ) ) | **APPEAR BY TELEPHONE AT THE PRELIMINARY** |
| UNITED STATES, | ) ) | **PRETRIAL CONFERENCE SCHEDULED FOR** |
| Defendant and counter-plaintiff. | ) | **SEPTEMBER 10, 2018** |

Before the Court is the United States' Unopposed Motion to Appear by Telephone at the Preliminary Conference Scheduled for September 10, 2018. Upon consideration, the Court GRANTS the motion. IT IS ORDERED that **ALL PARTIES** will appear at the pretrial conference on September 10, 2018 by telephone. The Court will contact the parties with the call-in number

DATED this 16th day of August, 2018.

_____
Brian Morris
United States District Court Judge