# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| JAMES TARPEY, | CV-17-94-B-BMM |
| Plaintiff and Counter-Defendant, | |
| vs. | ORDER |
| UNITED STATES, | |
| Defendant and Counter-Plaintiff. | |

The parties filed a joint status report requesting that the Court enter an order setting December 18, 2020, as the deadline for completing remote expert depositions. (Doc. 102). Accordingly,

**IT IS ORDERED** that the parties shall complete the remote expert depositions by December 18, 2020, pursuant to the terms of the parties' stipulation. (Doc. 102-1). **IT IS FURTHER ORDERED** that the parties shall submit, no later than 30 days after completion of the remote expert depositions, a joint status report to address the date for and conduct of the final evidentiary hearing in this matter.

DATED this 17

_____
Brian Morris, Chief District Judge
United States District Court