RICHARD G. ROSE
District of Columbia Bar No. 493454
HARRIS J. PHILLIPS
Massachusetts Bar No. 675603
GRETCHEN E. NYGAARD
District of Columbia Bar No. 1006292
U.S. Department of Justice, Tax Division
P.O. Box 7238
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 514-2901

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

LEIF M. JOHNSON
Acting United States Attorney

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
## BUTTE DIVISION

| | |
|---|---|
| JAMES TARPEY, | Case 2:17-cv-00094-BMM |
| Plaintiff, | |
| v. | **JOINT STATUS REPORT** |
| UNITED STATES, | |
| Defendant. | |

Pursuant to the Court's Order dated October 29, 2021 (ECF No. 125), the parties respectfully submit this joint status report.

1.	On May 4, 2021, the Court held a one-day trial regarding the final issue in this case:  the proper computation of the 26 U.S.C. § 6700 penalty that has been assessed against James Tarpey.  (*See* Minute Entry, ECF No. 117.)  On summary judgment, the Court had previously held that Mr. Tarpey was liable for that penalty.  (Order at 21 ("Tarpey's liability for penalties pursuant to 26 U.S.C. § 6700 is resolved in favor of the United States"), ECF No. 51.)

2.	After trial, on July 29, 2021, Magistrate Judge Johnston conducted a settlement conference with the parties.  (ECF No.  121).  Although the parties participated in that settlement conference in good faith, the case did not settle.  (ECF No. 124.)

3.	The parties have not engaged in settlement discussions since August 5, 2021.  The parties also report additional settlement discussions, which are unlikely to be fruitful, are not planned or anticipated.

//
//
//
//
//
//
//
//

-3-

Dated: November 10, 2021

                                Respectfully submitted,

DAVID A. HUBBERT
Acting Assistant Attorney General

| /s/ Harris J. Phillips | /s/ Sean T. Morrison |
|---|---|
| RICHARD G. ROSE | SEAN T. MORRISON |
| District of Columbia Bar No. 493454 | Morrison Law Firm PLLC |
| HARRIS J. PHILLIPS | 111 N Last Chance Gulch, 3B |
| Massachusetts Bar No. 675603 | Helena, MT 59601 |
| GRETCHEN ELLEN NYGAARD | Phone: (406) 443-1040 |
| District of Columbia Bar No. 1006292 | Fax: (406) 443-1041 |
| Trial Attorneys | sean@treasurestatetax.com |
| U.S. Department of Justice | |
| Tax Division | |
| P.O. Box 7238 | |
| Ben Franklin Station | |
| Washington, D.C.  20044 | |
| Telephone: (202) 514-2901 | |