UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | | |
|---|---|---|
| JAMES TARPEY, | ) | JUDGMENT IN A CIVIL CASE |
| | ) | |
| Plaintiff and counter-defendant, | ) | Case 2:17-cv-00094-BMM |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant and counter-plaintiff. | ) | |

\_\_ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 X  Decision by Court. This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff James Tarpey's amended complaint (ECF No. 10) is dismissed with prejudice, and he shall recover nothing on his claim for refund against the United States.  Previously, Plaintiff Suzanne Tarpey voluntarily dismissed her complaint against the United States (ECF No. 27).

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered on United States' counterclaim (ECF No. 11) in favor of the United States and against James Tarpey in the amount of $8,465,000, plus statutory interest and additions accruing after March 19, 2018.  Previously, the United States voluntarily dismissed its counterclaim against Suanne Tarpey (ECF No. 27).

Pursuant to D. Mont. L.R. 54.1, the United States may serve and file an application for the taxation of costs against James Tarpey.

Dated:  1/6/2022

TYLER P. GILMAN, CLERK
By: M. Stewart

1